IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SCOTT ELLIS, on behalf of himself and all others similarly situated, ) )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NISSAN NORTH AMERICA, INC., and )<br>NISSAN MOTOR COMPANY, LTD., )<br>)<br>Defendants. ) | No. 4:19-CV-00750-DGK |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 12) is GRANTED.


June 11, 2020                                     Paige Wymore-Wynn
Dated                                              Clerk of Court

June 16, 2020                                    /s/ Tracy Strodtman
Entered                                            (by) Deputy Clerk